IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BELICIA CRUZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM, LLC,<br><br>Defendant. | Case No. 1:22-cv-01966<br><br>Hon. Sharon Johnson Coleman<br><br>Hon. Magistrate Gabriel A. Fuentes |

## NOTICE OF PRESENTMENT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

To: All Counsel of Record.

**PLEASE TAKE NOTICE THAT** on **January 24, 2023**, at **10:00 a.m.**, the undersigned shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in Courtroom 1241 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the accompanying **Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement**.

Dated: January 10, 2023

Respectfully Submitted,

/s/ *Philip L. Fraietta*
    Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joseph I. Marchese *
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Julia K. Venditti *

1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
Email: jvenditti@bursor.com

*Pro Hac Vice Application Forthcoming*

*Class Counsel*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
ARDC No. 6295219
111 W. Jackson Street, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

*Local Counsel for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Presentment of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement** was filed this 10th day of January, 2023, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Philip L. Fraietta*
Philip L. Fraietta