## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Belicia Cruz

                    Plaintiff,

v.                                       Case No.: 1:22−cv−01966
                                                      Honorable Sharon Johnson Coleman

The Connor Group, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2023:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Final approval hearing held on 1/24/2023. There being no objections from defendant, plaintiff's unopposed motion for final approval of class action settlement [28] and unopposed motion for attorneys' fees, costs, expenses, and service award [24] are granted. Enter Order. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.